**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00273-CV**
_____

**DELTA STRUCTURAL TECHNOLOGY, LLC D/B/A FIBERWRAP.COM, AND ERIK GUGGENHEIM, Appellants**

**V.**

**SUNBELT RENTALS, INC., Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 25-02-02107**

**MEMORANDUM OPINION**

Delta Structural Technology, LLC d/b/a Fiberwrap.com and Erik Guggenheim, Appellants, filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 20, 2025
Opinion Delivered August 21, 2025
Before Golemon, C.J., Johnson and Wright, JJ.

1